# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Center for Biological Diversity, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-00990-DLF |
| Haaland, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Center for Biological Diversity and Stuart Pimm .

Date: 04/16/2024

s/ Kristen Monsell
*Attorney's signature*

Kristen Monsell (CA00060)
*Printed name and bar number*

Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
*Address*

KMonsell@biologicaldiversity.org
*E-mail address*

(510) 844-7137
*Telephone number*

(510) 844-7150
*FAX number*