# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DEBRA HAALAND, et al.,<br><br>　　　　Defendants. | Civil Action No. 1:24-cv-00990-DLF |

## [PROPOSED] ORDER GRANTING THE AMERICAN PETROLEUM INSTITUTE'S MOTION FOR LEAVE TO INTERVENE AS A DEFENDANT

The Court having reviewed the motion of the American Petroleum Institute to intervene as a defendant in this matter, it is **HEREBY ORDERED**:

1. that the motion is **GRANTED** without limitation;

2. that the American Petroleum Institute's answer to Plaintiffs' complaint be deemed filed on the date on which this order is entered.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

Copies to:

Kristen Monsell
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Tel.: (510) 844-7137
Email: kmonsell@biologicaldiversity.org

David Derrick
CENTER FOR BIOLOGICAL DIVERSITY
Oceans Program
1212 Broadway, Suite 800
Oakland, CA 94612
Tel: (513) 886-0044
Email: david.derrick44@gmail.com

Julie Teel Simmonds
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421
Denver, CO 80202
Tel: (619) 990-2999
Email: jteelsimmonds@biologicaldiversity.org

*Counsel for Plaintiffs*

Michael Richard Eitel
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
999 18th Street
South Terrace
Denver, CO 80202
Tel.: (303) 844-1479
Email: michael.eitel@usdoj.gov

*Counsel for Federal Defendants*

-2-
123518511.1 0078439-00070