# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior, *et al.*,<br><br>　　　　*Defendants*. | Case. No 1:24-cv-00990-DLF |

## JOINT STATUS REPORT

In accordance with this Court's Minute Order of July 11, 2024, Plaintiffs Center for Biological Diversity, et al., and Federal Defendants Secretary of the Interior Debra Haaland, et al., submit this status report.

On July 11, 2024, the Court referred this matter to Magistrate Judge G. Michael Harvey for purposes of mediation. While the initial settlement conference was set for September 4, 2024, a scheduling conflict from Judge Harvey required rescheduling. The settlement conference is now scheduled for 10:00 AM on September 25, 2024. Because mediation has not yet occurred, the parties do not yet know whether mediation will be fruitful in resolving the matters at issue in this lawsuit. As such, the parties propose to submit a further joint status report on October 11, 2024, in which the parties will request additional time to submit a briefing schedule if settlement discussions are proving fruitful, or propose a briefing schedule, otherwise.

Dated: September 20, 2024							Respectfully submitted,

*/s/ David Derrick*
David Derrick (*pro hac vice*)
Kristen Monsell (DC Bar No. CA00060)
Julie Teel Simmonds (DC Bar No. CO0091)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Ste. 800
Oakland, CA 94612
(510) 844-7137 Telephone
(510) 844-7150 Fax
dderrick@biologicaldiversity.org
kmonsell@biologicaldiversity.org
jteelsimmonds@biologicaldiversity.org

*Attorneys for Plaintiffs Center for Biological Diversity and Stuart Pimm*

TODD KIM,
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*/s/ Michael R. Eitel*
MICHAEL R. EITEL (NE Bar No. 22889)

*/s/ Davis A. Backer*
DAVIS A. BACKER (CO Bar No. 53502)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Tel: (303) 844-1898 (Backer)
Tel: (303) 844-1479 (Eitel)
Fax: (303) 844-1350
Email: davis.backer@usdoj.gov
Email: michael.eitel@usdoj.gov

*Attorneys for Federal Defendants*