IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUG BURGUM[1], *et al.*,<br><br>*Defendants*,<br><br>and<br><br>AMERICAN PETROLEUM INSTITUTE,<br><br>*Defendant-Intervenor*. | No. 24-cv-00990 (DLF) |

## JOINT STATUS REPORT

The Court stayed these proceedings through March 28, 2025, at which point it ordered the parties to file a joint status report proposing a schedule for further proceedings (Minute Order, Dec. 7, 2024). Plaintiffs, Federal Defendants, and Defendant-Intervenor have conferred and file this joint report:

    1.    After Plaintiffs filed this lawsuit (ECF 1) and Federal Defendants answered (ECF 16), the parties entered mediation. Following mediation, Plaintiffs and Federal Defendants entered a Stipulation and moved to stay proceedings until March 28, 2025 (ECF 25). The

---

[1] Doug Burgum has succeeded Debra Haaland as the Secretary of the Department of the Interior and is automatically substituted as a party in this case under Fed. R. Civ. P. 25(d).

American Petroleum Institute (API) intervened (ECF 22) and did not oppose the proposed litigation stay. The Court granted the motion and stayed this case on December 7, 2024.

2. Plaintiffs and Federal Defendants proposed to stay this case in part to allow the U.S. Fish and Wildlife Service (Service) time to complete an ongoing reinitiated Endangered Species Act (ESA) consultation and to respond to agreed upon portions of the Center for Biological Diversity's petition for rulemaking. The Service has completed the reinitiated ESA consultation and responded to the narrowed portions of the petition.

3. The Service sent Plaintiff Center for Biological Diversity the petition response on March 26, 2025, and sent the new reinitiated ESA consultation to Plaintiffs' counsel on March 28, 2025. Because the Service issued the petition response two days before the stay expired and issued its ESA decision on the day the stay expired (March 28, 2025), Plaintiffs have not had a chance to review the Service's decisions and thus determine how to proceed in this litigation.

4. The Parties accordingly propose a 90-day period for Plaintiffs to review the Service's decision and determine, for example, whether to dismiss the action, move for leave to amend or supplement the Complaint, or purse other actions. This proposed 90-day period is based on the time needed to review the Services' decisions, to comply with the ESA's 60-day pre-suit notice requirement, as needed (16 U.S.C. § 1540(g)(2)), and to engage in the Local Rule 7(m) conferral process for any motions to dismiss, amend, or supplement the complaint. The Parties expressly reserve their positions, claims, and defenses, including on whether dismissal or amended/supplemental pleadings are appropriate.

5. If Plaintiffs seek to amend or supplement the Complaint during the 90-day period, the Parties agree to address the schedule for future proceedings as part of the Local Rule 7(m) conferral on a motion to amend or supplement the Complaint. This conferral would address, *inter*

*alia*, whether the Parties can stipulate to the filing of an amended or supplemental complaint, the deadline to answer or respond to an amended or supplemental complaint, timelines to file certified indices of the administrative records for any challenged agency actions, and a schedule for any non-dispositive and dispositive motions.

Based on the above, the Parties respectfully request that the Court set a deadline of **June 26, 2025,** for Plaintiffs to move to dismiss, amend, or supplement the complaint or for the Parties to file a joint status report addressing the schedule for further proceedings.

DATED: March 28, 2025    Respectfully submitted,

*/s/ Michael R. Eitel*
MICHAEL R. EITEL (NE Bar No. 22889)
DAVIS A. BACKER (CO Bar No. 53502)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Tel: (303) 844-1898 (Backer) Tel: (303) 844-1479 (Eitel)
Email: davis.backer@usdoj.gov
Email: michael.eitel@usdoj.gov

*Attorneys for Federal Defendants*

DATED: March 28, 2025    Respectfully submitted,

*s/ Kristen Monsell*
Kristen Monsell (DC Bar No. CA00060)
kmonsell@biologicaldiversity.org
Julie Teel Simmonds (DC Bar No. CO0091)
jteelsimmonds@biologicaldiversity.org
David Derrick (DC Bar No. 316745)
dderrick@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Suite 375 Oakland, CA 94612
Phone: (510) 844-7137

*Counsel for Plaintiffs Center for Biological Diversity and Stuart Pimm*

DATED: March 28, 2025

Respectfully submitted,

STOEL RIVES LLP

*/s/ Jason T. Morgan*
RYAN P. STEEN, Bar No. 1615260
ryan.steen@stoel.com
JASON T. MORGAN, Bar No. 1615129
jason.morgan@stoel.com
Stoel Rives LLP 600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

*Attorneys for (Proposed) Intervenor-Defendant American Petroleum Institute*