IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUG BURGUM, *et al.*,<br><br>*Federal Defendants*,<br><br>and<br><br>AMERICAN PETROLEUM INSTITUTE,<br><br>*Defendant-Intervenor*. | No. 24-cv-00990 (DLF) |

### RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT AND MEMORANDUM IN SUPPORT (ECF No. 31)

Federal Defendants take no position on Plaintiffs' motion for leave to file an amended and supplemental complaint (ECF 31). In doing so, Federal Defendants reserve all claims and defenses, including that the Court lacks jurisdiction to proceed over some or all the claims.

As the parties stated in their Joint Status Report (ECF No. 29), they intend to provide a schedule for further proceedings—including addressing Federal Defendants' deadline to answer and file a certified list of the contents of the administrative record—within 14 days of the Court's order on the motion to amend and supplement the complaint.

DATED: August 4, 2025

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

*/s/ Davis A. Backer*

1

DAVIS A. BACKER (CO Bar No. 53502)
MICHAEL R. EITEL (NE Bar No. 22889)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
Tel: (202) 305-5469 (Backer)
Tel: (303) 241-7565 (Eitel)
Email: davis.backer@usdoj.gov
Email: michael.eitel@usdoj.gov

*Attorneys for Federal Defendants*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 4, 2025, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

                                                /s/ *Davis A. Backer*
                                                *Attorney for Federal Defendants*