ADAM R.F. GUSTAFSON, Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE, Deputy Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief
MICHAEL R. EITEL, Acting Assistant Section Chief
DAVIS A. BACKER, Trial Attorney (CO Bar No. 53502)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
Phone: (202) 305-5469
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

*Attorneys for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    *Plaintiff*,<br>  v.<br><br>DOUG BURGUM, *et al.*,<br><br>    *Federal Defendants*,<br><br>  *and*<br><br>AMERICAN PETROLEUM INSTITUTE,<br><br>    *Defendant-Intervenor*. | No. 24-cv-00990-DLF |

**FEDERAL DEFENDANTS' NOTICE AND SUGGESTION OF MOOTNESS**

Plaintiff challenges the U.S. Fish and Wildlife Service's ("Service") 2018 programmatic

biological opinion on oil and gas program activities in the Gulf of America and its subsequent 2025

decision. *See generally* ECF No. 36. The two consultation documents address the Bureau of Ocean

Energy Management and Bureau of Safety and Environmental Enforcement's compliance with the

Endangered Species Act's ("ESA") substantive mandates. *See Bennett v. Spear*, 520 U.S. 154, 169-70 (1997); *City of Tacoma, Washington v. FERC*, 460 F.3d 53, 75 (D.C. Cir. 2006).

The ESA, however, also includes mechanisms to exempt an agency action from the ESA's requirements. Congress delegated authority to issue these exemptions to an Endangered Species Committee, which can exempt any agency action from the ESA's requirements. 16 U.S.C. §§ 1536(e)-(n). On March 31, 2026, the Committee convened in person to address a recent finding issued by the Secretary of War under ESA subsection (j), 16 U.S.C. § 1536(j), that it is necessary for reasons of national security to exempt from the ESA's requirements all Gulf of America oil and gas exploration and development activities associated with the Department of the Interior Bureau of Ocean Energy Management and Bureau of Safety and Environmental Enforcement's Outer Continental Shelf Oil and Gas Program.[1] *See* Exhibit A (Order of Endangered Species Committee). The Committee voted unanimously to exempt the agency action. *See id*. As a result, the ESA's Section 7 requirements no longer apply to the agency action reviewed in the Service's 2018 and 2025 consultation documents.

Given the Committee's Order granting an exemption, Plaintiff's challenge is now moot. *See New York State Rifle & Pistol Ass'n, Inc. v. City of New York, New York*, 590 U.S. 336, 337-39 (2020) (per curiam) (change in the applicable legal framework moots controversy); *see also Alaska v. United States Dep't of Agric.*, 17 F.4th 1224, 1226–27 (D.C. Cir. 2021) (exemption granted to an existing rule mooted controversy over the rule); *Clean Fuels All. Am. v. Env't Prot. Agency*, No. 20-1107, 2026 WL 706511, at *4 (D.C. Cir. Mar. 13, 2026) (claims against a prior rule moot when the facts and the governing law materially changed).

---

[1] The Committee's Order and other related documents can be found on the Department of Interior's website at https://www.doi.gov/endangered-species-committee. Last visited: March 31, 2026.

Federal Defendants intend to move the Court to dismiss Plaintiff's complaint on mootness grounds. However, Federal Defendants propose to confer with Plaintiff no later than April 14 on whether it intends to voluntarily dismiss this case as moot and, if not, to develop a proposed schedule for briefing Federal Defendants' anticipated motion to dismiss.

Dated: March 31, 2026           Respectfully submitted,

ADAM R.F. GUSTAFSON,
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE,
Deputy Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief
MICHAEL R. EITEL, Acting Assistant Section Chief

*/s/ Davis A. Backer*
DAVIS A. BACKER (CO Bar No. 53502)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
Tel: (202) 305-5469
Fax: (303) 844-1350
Email: davis.backer@usdoj.gov

***Attorneys for Federal Defendants***

3